924

No. 1016. EVENING NEWS ASSN. ET AL. *v.* ARBER ET AL.; and

No. 1021. STAHLIN ET AL. *v.* ARBER ET AL. Sup. Ct. Mich. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *George E. Brand, Jr.,* and *Rockwell T. Gust* for petitioners in No. 1016; *Lewis A. Engman* for Stahlin, and *Donald E. Shely* for Bagwell, petitioners in No. 1021. *Larry S. Davidow* for respondents in both cases. Reported below: 382 Mich. 300, 170 N. W. 2d 45.

No. 1031. AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, ET AL. *v.* NORTHWEST AIRLINES, INC. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Edward M. Glennon* for petitioners. *Henry Halladay* for respondent. ▮

No. 1079. ALEXANDER *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William A. Mann* for petitioner. *John W. Benoit, Jr.,* Deputy Attorney General of Maine, for respondent. ▮

No. 1006. REED *v.* HICKEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Solicitor General Griswold* for respondents. ▮

No. 968. YEAGER, PRINCIPAL KEEPER *v.* DALEY. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Leo Kaplowitz* for petitioner. *Ralph Spritzer* for respondent. ▮